**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IVAYLO NIKOLAEV NIKOLOV,

    Plaintiff,                                                          Case No.: 1:26-cv-02784

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | KUIZEE |
| 2 | SAIFOHome |
| 3 | ChaHu |
| 4 | XisoVer |
| 5 | Hryg |
| 6 | BinTu |
| 7 | XiuHu |
| 8 | Vomwwlix |
| 9 | Cranranshengqi |
| 10 | tongshanxianzhimiaobaihuodian |
| 11 | 伶思电子商务有限公司 |
| 12 | Jinrui-us |
| 13 | LsskDG |
| 14 | AGONA |
| 15 | seulife |
| 16 | Fuchen |
| 17 | POFATO BAG |
| 18 | OERJU Store |
| 19 | Odued |
| 20 | SA-Toy |
| 21 | ZGONOHYE |
| 22 | Pevtufa |
| 23 | Mosytuky |
| 24 | Eastdtree |

| 25 | Jibaocheng USA |
|----|----|
| 26 | Vosery |
| 27 | CUTEBAGS-US |
| 28 | Dgonweqi |
| 29 | URKFL |
| 30 | BZH-US |
| 31 | VIKKO |
| 32 | WOKITEI |
| 33 | ODSGN |
| 34 | ShangHouShop |
| 35 | CHENLAN |
| 36 | Skycess |
| 37 | linjunlinjunlinjun |
| 38 | Bingfone |
| 39 | EUSOLP |
| 40 | GLURKY |
| 41 | kisskiss |
| 42 | Ajusmeau |
| 43 | YYnh |
| 44 | BieGoGo |
| 45 | Jiahon |
| 46 | HHASO |
| 47 | FJHJYYJ |
| 48 | songzhanshangmao |
| 49 | HuiTeng Shop |
| 50 | luofeng shop |
| 51 | yanze shop |
| 52 | chenfanbaihuo |
| 53 | GEFANG |
| 54 | MCZTO |
| 55 | ZHIHUISM |
| 56 | ziboluyanjichugongchengyouxiangongsi |
| 57 | NengXiZhuangShi |
| 58 | Jingyun hair |
| 59 | heepico lnc |
| 60 | huanhanxiaodian |
| 61 | yao peng3 |
| 62 | GLARAY |
| 63 | CanvasArtDecors |
| 64 | suzhoushikuilishangmaoyouxiangongsi |

| 65 | Hahkysjk |
|---|---|
| 66 | HƯƠNG HỎI NHIỀU |
| 67 | HBLX |
| 68 | Xinyou Supply Direct |
| 69 | Yesad |
| 70 | jilinshengkaifafashangmaodiangerenduzi |
| 71 | YETTASBIN |
| 72 | Suncolala |
| 73 | GuyueHome |
| 74 | CaesarMe |
| 75 | jilinshengxiangshengshengshangmaodiangerenduzi |
| 76 | SmoafflyUS |
| 77 | YUELAE |
| 78 | WAAGOGO |
| 79 | Aluy's boutique |
| 80 | zhaochenmeibaihuodian |
| 81 | Manlian Limited Company |
| 82 | HQUSZPT |
| 83 | Yuning419 |
| 84 | nanlingsen store |
| 85 | Pandam Q |
| 86 | jilinshengxingongweishangmaodiangerenduzi |
| 87 | elightvapcase |
| 88 | AJYX |
| 89 | Liang YiYiJi |
| 90 | The Seven Colours |
| 91 | dongguanyingcaifuzhuangyouxianzerengongsiyicong |
| 92 | guangzhouzhengchangshenshangmaoyouxiangongsi |
| 93 | Xu Xuemei |
| 94 | Mr. Minh |
| 95 | Yelong Co., Ltd |
| 96 | Nanyangguangyumaoyiyouxianzerengongsi |
| 97 | ChengHA Direct |
| 98 | 爆爆爆 |
| 99 | ZJIANZHONG |
| 100 | Mogyn |
| 101 | WANGWUQIANG888 |
| 102 | Erssvrf |
| 103 | THOA 18ND |
| 104 | DIỆU LY PRETA |

| | |
|---|---|
| 105 | ducanll |
| 106 | Dunyuanlan DECOR |
| 107 | zanlin |
| 108 | ZainProy |
| 109 | Scarfrtcshop |
| 110 | Zoofoo |
| 111 | LRB-PP |
| 112 | CaoLi47 |
| 113 | haiyangyuxiangshuichanyouxiangongsi |
| 114 | Oplp |
| 115 | HeNanJiuQuanLeShangMao |
| 116 | chuanglangchla |
| 117 | Home Lovely |
| 118 | xuesongchengzhe |
| 119 | MiMaJianCan |
| 120 | xinwangshangmaogongsi |
| 121 | Tarity |
| 122 | Home Decor Integration Store |
| 123 | Fopica Laundry Bag |
| 124 | Yoakiet |
| 125 | Minimono |
| 126 | tangyinxianboliyezhuangshizhuangxiu |
| 127 | HuHeHaoTeShiNuanChengJinShangMaoYouXianZeRenGongSi |
| 128 | GuangZhouZhongWuWangLuoKeJi18 |
| 129 | jia-home-xzzyc |
| 130 | Flying flag |
| 131 | JIAYOUZYF |
| 132 | Dounengyin |
| 133 | shijieji-Custom |
| 134 | VECXVEGDBFFR |
| 135 | SHD PLATE HOME |
| 136 | GBYAGCS |
| 137 | TOM/JACKS SHOP |
| 138 | century art |
| 139 | XiinPretty ship from US |
| 140 | Zpllo |
| 141 | leryfswbd |
| 142 | Axjgxq |
| 143 | Maizhijia |
| 144 | RSTSL |

| 145 | Even's shop |
|---|---|
| 146 | WellLee |
| 147 | noyerydfs |
| 148 | Nugier |
| 149 | Gssyndra |
| 150 | Desmond Tinsle |
| 151 | Cafl |
| 152 | JinXiangYang |
| 153 | CLS-GLOBAL |
| 154 | GKM-GLOBAL |
| 155 | Jianjian PRINT |
| 156 | shanshan stroe |
| 157 | Goodlucky Store |
| 158 | YangBorq |
| 159 | GuangZhouYuanHongMaoYiYouXianGongSi |
| 160 | riiw |
| 161 | kkanqix |
| 162 | anyanghaosenjianzhuzhuangxiu |
| 163 | YangZiXuan2025 |
| 164 | SanYaHH |
| 165 | Bknnami |
| 166 | JIGPUZZLES |
| 167 | CFLCKJ |
| 168 | ELTSKT |
| 169 | chuzishu |
| 170 | YLTHOL |
| 171 | ngFengGuShan |
| 172 | yingtingtingya |
| 173 | HHaorran |
| 174 | YiYi Lucky |
| 175 | SWEET-HOME-ART |
| 176 | 金华市碧哚电子商务商 |
| 177 | YETOONE |
| 178 | RisingsunGroup |
| 179 | Gantang store |
| 180 | Artistic Curtain |
| 181 | Yuihome |
| 182 | zhongji |
| 183 | 丽华家居商贸 |
| 184 | zatosi |

| | |
|---|---|
| 185 | nuansexi |
| 186 | Blueangle |
| 187 | PNYOIN |
| 188 | My-Door |
| 189 | Lida Store |
| 190 | Yimx |
| 191 | LIKESHANGMAO01 |
| 192 | Lacfiora |
| 193 | Wuqin City District |
| 194 | Just for ur life |
| 195 | County Grand |
| 196 | HeNanWeiZeQiCheXiaoShouFuWu |
| 197 | CENXINL |
| 198 | Yongxin Leqi |
| 199 | HomeTrading-US |
| 200 | Givotin |
| 201 | hongtao-1 |
| 202 | Yespick |
| 203 | 衡阳搭灼商贸有限公司 |
| 204 | zhshiun |
| 205 | FenXiaoShangMao |
| 206 | zhimidianzi |
| 207 | Guitong |
| 208 | Shenyou home |
| 209 | Tinnlum |
| 210 | MYING |
| 211 | Lhammer |
| 212 | Eryingrrr |
| 213 | RAOKErk |
| 214 | Tsinghua Art Trade |
| 215 | TSshengxiu |
| 216 | lxooo |
| 217 | MOYYO |
| 218 | ningbokuwoshangmaoyouxiangongsi |
| 219 | LiPingER |