IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IVAYLO NIKOLAEV NIKOLOV, | |
| Plaintiff, | Case No.: 1:26-cv-02784 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | LiPingER |

1